**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

| | |
|---|---|
| McKenzy Alii Alfred,<br>*Petitioner*,<br><br>v.<br><br>Merrick B. Garland, Attorney General,<br>*Respondent.* | No. 19-72903<br><br>Agency No.<br>A215-565-401<br><br>ORDER |

Filed June 3, 2022

---

**ORDER**

MURGUIA, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.